AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
10/30/2024
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:24-M -00501(1) |
| | § |
| (1) Hugo Almeida-Ponce | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 28, 2024** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:  *"The Defendant, Hugo ALMEIDA-Ponce, was arrested by Marfa Station Border Patrol Agents, on October 28, 2024, for being an illegal alien present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

/s/ Seth Davison

Signature of Complainant
Border Patrol Agent

October 30, 2024                                         at   Alpine, Texas
Date                                                              City and State

Complaint sworn to in my presence and and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:24-M -00501(1)

WESTERN DISTRICT OF TEXAS

(1) Hugo Almeida-Ponce

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on June 7, 2024 through Del Rio, TX Intl Bridge.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
ALMEIDA-Ponce, Hugo has been deported 3 time(s), the last one being to MEXICO on June 7, 2024, through DEL RIO, TX, INTL BRIDGE.

CRIMINAL HISTORY:
04/03/2003, Jefferson County, CO., Dangerous Drugs/Distribution of Controlled Substance(F), CNV, 10 Days Jail, Community Service, 3 Years Probation.
02/04/2009, Sioux Falls, SD., Conspiracy/Methamphetamine(F), CNV, 46 Months Prison, Supervised Release.
02/09/2024, El Paso, TX, 8 USC 1326 Re-Entry After Deport(F), CNV, 366 Days Confinement; 36 Months SR.